UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SEAN LEWIS,

      Plaintiff,

-against-

NASSAU COUNTY CORRECTIONAL
INST., NASSAU COUNTY SHERIFF'S
DEPT., MICHAEL SPOSATO, *Sheriff of
Nassau County*, ARMOR
CORRECTIONAL HEALTH INC.,

      Defendants.
-------------------------------------------------------X

ORDER
13-CV-4957 (JFB)(GRB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2014 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On August 28, 2013, *pro se* plaintiff filed a complaint in this action alleging a violation of his constitutional rights related to his incarceration. On March 19, 2014, defendant Armor Correctional Health, Inc. ("Armor") moved to dismiss the complaint. Plaintiff was ordered to respond to the motion no later than April 21, 2014, but he has never filed any document in response, although he did file a change of address shortly after Armor filed its motion to dismiss. Thus, it appears that plaintiff may have abandoned this action. Accordingly, IT IS HEREBY ORDERED that plaintiff submit a letter to the Court no later than October 22, 2014, explaining why his entire lawsuit (against all defendants) should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. If plaintiff fails to respond to this Order, the Court will dismiss plaintiff's entire case, with prejudice, for failure to prosecute.

              SO ORDERED.

Dated: September 30, 2014
    Central Islip, New

s/ Joseph F. Bianco

Joseph F. Bianco
United States District Judge